[No. 18878. *En Banc.* June 23, 1925.]

JOHN B. WRIGHT, *Respondent*, v. KATHERINE BROWN JOHANSON, *Appellant.*[1]

Appeal from a judgment of the superior court for King county, Tallman, J., entered May 27, 1924, upon the verdict of a jury rendered in favor of the plaintiff, in an action on contract. Reversed.

*Donworth, Todd & Higgins,* and *Poe, Falknor, Falknor & Emory* (*Hyman Zettler,* of counsel), for appellant.

*Edward H. Judd, Edward H. Chavelle,* and *Guie & Halverstadt* (*Stephen J. Chadwick,* of counsel), for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adhere to the Departmental opinion heretofore filed herein, and reported in 132 Wash. 682, 233 Pac. 16.

The judgment of the superior court is therefore reversed, and the cause remanded as directed by the Departmental opinion.